UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 12-265-JST (MLGx)                    Date:  March 22, 2012

Title:  Securities and Exchange Commission v. Jeffrey L. Baclet, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|     Ellen Matheson     |          N/A          |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                          Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: PROOF OF SERVICE**

Before the Court is a Motion for an Order Under Section 21(e)(1) of the Exchange Act ("Motion"), filed by Movant Securities and Exchange Commission ("SEC").  (Mot., Doc. 1.)  The SEC states in its Memorandum of Points and Authorities that it will "promptly serve each respondent with a copy of [the] Memorandum and the Notice of Motion and Motion.  The SEC will then promptly file proofs of service with this Court. The SEC respectfully requests that this Court then establish a briefing schedule so that each respondent has an opportunity to respond."  (Mem. of P. & A. at 11, Doc. 2.)  To date, the SEC has not filed proofs of service as to any respondent.  Accordingly, the Court orders the SEC to show cause in writing, no later than March 30, 2012, regarding the status of service to respondents.  The hearing on the SEC's motion set for April 2, 2012, at 10:00 a.m. is VACATED and will be reset with a briefing schedule upon filing of the proofs of service.

Initials of Preparer:  enm